UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 26-23782-CIV-MORENO**

LUIS PALACIO ACOSTA,

       Petitioner,

vs.

GARRETT J. RIPA., *et al,*

       Respondents.

_____/

## ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION TO TRANSFER VENUE

THIS CAUSE came before the Court upon Respondents' Unopposed Motion to Transfer Venue (**D.E. 4**).

THE COURT has considered the motion, pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Motion is **GRANTED**. The Supreme Court has interpreted 28 U.S.C. § 2441(a) to mean that courts have jurisdiction to grant writs of habeas corpus when the petition has been filed "in the district of confinement." *Rumsfield v. Padilla*, 542 U.S. 426, 446–47 (2004). The proper respondent in such cases is the "immediate custodian," the person "with the ability to produce the prisoner's body before the habeas court." *Id.* This is the case for habeas petitions filed by immigration detainees as well. *Trump v. J.G.G.*, 604 U.S. 670, 672 (2025).

As the Petitioner was detained in the Eastern District of California at the time the Complaint was filed, this Court lacks subject matter jurisdiction to adjudicate the Complaint

seeking writ of habeas corpus. Accordingly, the Court hereby directs the Clerk of Court to transfer

the above-styled case to the District Court for the Eastern District of California.

DONE AND ORDERED in Chambers at Miami, Florida, this ___4___ of June 2026.

_____

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2